**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **MICHIGAN PROMISSORY NOTES RECOVERY LTD.** a Michigan corporation,<br><br>*Plaintiff,*<br><br>- *vs.* -<br><br>**FEDERAL GOVERNMENT OF NIGERIA,**<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>  25-13492 |

Plaintiff Michigan Promissory Notes Recovery Limited, through its undersigned counsel, complaining of the Defendant, alleges and says:

## PARTIES

1. Plaintiff Michigan Promissory Notes Recovery Ltd. is a corporation formed under the laws of Michigan with a principal place of business in New Jersey.

2. Defendant Federal Government of Nigeria is a foreign sovereign nation with its principal place of government in Abuja, Nigeria.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action because it is a nonjury civil action against a foreign state where the foreign state is not entitled to immunity. The Federal Government of Nigeria is not entitled to immunity under the commercial activity exception as this action is based upon commercial activity that has caused a direct effect in the United States of America.

1

4. This Court has personal jurisdiction over the Federal Government of Nigeria pursuant to statute, which provides that district courts have personal jurisdiction over a foreign state that is not entitled to immunity, and the commercial activity exception applies because the issuance of promissory notes and subsequent default has caused a direct effect in the United States.

5. This Court is the proper venue for this as the plaintiff is incorporated in the state of Michigan.

## STATEMENT OF FACTS

6. On September 27, 2021, the Federal Government of Nigeria, through its Debt Management Office, issued ten promissory notes to Dr. Ted Iseghohi Edwards, three of which are the subject matter of this suit, referenced below and attached hereto.

7. The first promissory note, with reference number FGN/PN/JD/C. A/FX/2021/05B, was issued in the amount of $15,900,000.00 with a maturity date of October 15, 2023.

8. The second promissory note, with reference number FGN/PN/JD/C. A/FX/2021/05C, was issued in the amount of $15,900,000.00 with a maturity date of October 15, 2024.

9. The third promissory note, with reference number FGN/PN/JD/C. A/FX/2021/05D, was issued in the amount of $15,900,000.00 with a maturity date of October 15, 2025.

10. Each promissory note states that it is "backed by the full faith and credit of the Federal Government of Nigeria and charged upon the general assets of Nigeria."

11. Each promissory note states that the Federal Government of Nigeria "unconditionally and irrevocably promises to pay" the stated amount on the maturity date.

12. Each promissory note states that it is "negotiable and transferable, subject to the submission of this original Note to the Central Bank of Nigeria."

13. Boston Legal Partners Corporation, which had previously acquired the Promissory Notes from Dr. Ted Iseghohi-Edwards in October of 2021, subsequently assigned the Promissory Notes to Michigan Promissory Notes Recovery Limited.

14. The Promissory Notes have matured and are now past due.

15. The Federal Government of Nigeria has failed to pay the amount due on the matured Promissory Notes.

16. Michigan Promissory Notes Recovery Limited, as the assignee of the Promissory Notes, is entitled to payment of the amounts due.

17. On October 15, 2025, counsel for plaintiff transmitted to the Nigerian Government a demand for payment of all three overdue Promissory Notes, but no response was received; neither was payment made by the Nigerian Government.

## CLAIMS FOR RELIEF

### Count I - Breach of Contract

18. Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 17 as if fully set forth herein.

19. The Federal Government of Nigeria issued these three promissory notes on September 27, 2021, each in the amount of $15,900,000.00, with maturity dates of October 15, 2023, October 15, 2024, and October 15, 2025, respectively.

20. The Promissory Notes issued by the Federal Government of Nigeria constitute valid and enforceable contracts.

21. Plaintiff and its predecessor in interest, Boston Legal Partners Corporation have performed all conditions precedent to payment.

22. As the assignee of the Promissory Notes, Michigan Promissory Notes Recovery Limited is entitled to receive payment on the notes and has been prepared to submit the original notes to the Central Bank of Nigeria as required in exchange for payment.

23. The Federal Government of Nigeria failed to pay the amount due on the Promissory Notes, despite its unconditional and irrevocable promise to pay.

24. The Federal Government of Nigeria breached its contractual obligations.

25. Plaintiff has suffered damages because of defendant's breach.

26. As a direct and proximate result of the Federal Government of Nigeria's breach, Michigan Promissory Notes Recovery Limited has suffered damages in the amount of at least $47,700,000 representing the unpaid principal amount of the matured Promissory Notes.

**Count II - Action on a Promissory Note**

27. Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 26 as if fully set forth herein.

28. The Federal Government of Nigeria issued valid promissory notes.

29. The Federal Government of Nigeria issued these three promissory notes on September 27, 2021, each in the amount of $15,900,000.00, with maturity dates of October 15, 2023, October 15, 2024, and October 15, 2025, respectively.

30. Plaintiff is the holder and assignee of the Promissory Notes.

31. Boston Legal Partners Corporation validly assigned all three Promissory Notes to Michigan Promissory Notes Recovery Limited, making plaintiff the current holder and assignee of the notes.

32. The Federal Government of Nigeria failed to pay according to the terms of the Promissory Notes.

33. Each promissory note has matured, and the Federal Government of Nigeria has failed to pay the amount due on the respective notes.

34. There is a balance certain due on the Promissory Notes.

35. The amount due on the matured Promissory Notes is $47,700,000, which remains unpaid.

## Count III - Unjust Enrichment

36. Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 35 as if fully set forth herein.

37. The Federal Government of Nigeria received a benefit in exchange for issuing the Promissory Notes that have been assigned to Michigan Promissory Notes Recovery Limited.

38. The Federal Government of Nigeria has retained the benefit it received in exchange for issuing the Promissory Notes while failing to fulfill its payment obligations.

39. The Federal Government of Nigeria's retention of the benefit without payment is inequitable.

40. It would be unjust and inequitable to permit the Federal Government of Nigeria to retain the benefit it received without honoring its payment obligations under the Promissory Notes.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and against Defendant as follows:

  a) Compensatory damages against the Federal Government of Nigeria in the amount of $47,700,000 for the Promissory Notes;

  b) Pre-judgment interest pursuant to law, calculated daily and compounded annually from the date of maturity until the date of judgment;

    c) Post-judgment interest pursuant to law, calculated daily and compounded from the date of judgment until payment is made in full;

    d) A declaration that the Federal Government of Nigeria is in default on its payment obligations under the Promissory Notes;

    e) Reasonable attorney's fees and costs incurred in bringing this action; and Such other relief as the Court deems just and proper.

COLEMAN LAW FIRM, PC

By: _____
      Ronald D. Coleman

50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com
*Attorneys for Plaintiff*

Date: November 3, 2025

6

# ATTACHMENTS

# PROMISSORY NOTES

# FEDERAL GOVERNMENT OF NIGERIA
## PROMISSORY NOTE

REFERENCE: FGN/PN/JD/C.A/FX/2021/05B



Pursuant to the Debt Management Office (Establishment) Act 2003 and the Local Loans (Registered Stock and Securities) Act, CAP. L17, LFN 2004

Issued by the
**THE DEBT MANAGEMENT OFFICE**
on behalf of the
**FEDERAL GOVERNMENT OF NIGERIA**

Value: $15,900,000.00

Place of Issue: ABUJA
Date of Issue: September 27, 2021
Maturity Date: October 15, 2023

The Government of the Federal Republic of Nigeria by this Promissory Note, which is governed by the Laws of the Federal Republic of Nigeria, hereby unconditionally and irrevocably promises to pay to the order of: DR. TED ISEGHOHI EDWARDS,

the sum of: FIFTEEN MILLION, NINE HUNDRED THOUSAND DOLLARS ONLY on the 15th day of October 2023 ("Maturity Date").

This Promissory Note is backed by the full faith and credit of the Federal Government of Nigeria and charged upon the general assets of Nigeria. The Promissory Note also qualifies as an Instrument for Tax Exemption in line with the Tax Waivers approved for Bonds and Short Term Federal Government of Nigeria Securities. This Promissory Note qualifies as a Liquid Asset for liquidity ratio calculation for banks.

This Promissory Note is negotiable and transferable, subject to the submission of this original Note to the Central Bank of Nigeria. Holders are also required to submit this original Promissory Note to the Central Bank of Nigeria for dematerialization. In any case, this Promissory Note must be submitted to the Central Bank of Nigeria for payment at least two (2) working days before the Maturity Date.

For and on behalf of the Government
of the Federal Republic of Nigeria

_____
Honourable Minister of Finance

Witnessed by: _____

Director-General
Debt Management Office

# FEDERAL GOVERNMENT OF NIGERIA
# PROMISSORY NOTE

REFERENCE: FGN/PN/JD/C.A/FX/2021/05C



Pursuant to the Debt Management Office (Establishment) Act 2003 and the Local Loans (Registered Stock and Securities) Act, CAP. L17, LFN 2004

Issued by the
**THE DEBT MANAGEMENT OFFICE**
on behalf of the
**FEDERAL GOVERNMENT OF NIGERIA**

Value: **$15,900,000.00**

Place of Issue: **ABUJA**
Date of Issue: September 27, 2021
Maturity Date: October 15, 2024

The Government of the Federal Republic of Nigeria by this Promissory Note, which is governed by the Laws of the Federal Republic of Nigeria, hereby unconditionally and irrevocably promises to pay to the order of: DR. TED ISEGHOHI EDWARDS,

the sum of: FIFTEEN MILLION, NINE HUNDRED THOUSAND DOLLARS ONLY on the 15th day of October 2024 ("Maturity Date").

This Promissory Note is backed by the full faith and credit of the Federal Government of Nigeria and charged upon the general assets of Nigeria. The Promissory Note also qualifies as an Instrument for Tax Exemption in line with the Tax Waivers approved for Bonds and Short Term Federal Government of Nigeria Securities. This Promissory Note qualifies as a Liquid Asset for liquidity ratio calculation for banks.

This Promissory Note is negotiable and transferable, subject to the submission of this original Note to the Central Bank of Nigeria. Holders are also required to submit this original Promissory Note to the Central Bank of Nigeria for dematerialization. In any case, this Promissory Note must be submitted to the Central Bank of Nigeria for payment at least two (2) working days before the Maturity Date.

For and on behalf of the Government
of the Federal Republic of Nigeria

_____
Honourable Minister of Finance

Witnessed by: _____

Director-General
Debt Management Office

# FEDERAL GOVERNMENT OF NIGERIA
# PROMISSORY NOTE

REFERENCE: FGN/PN/JD/C.A/FX/2021/05D



Pursuant to the Debt Management Office (Establishment) Act 2003 and the Local Loans (Registered Stock and Securities) Act, CAP. L17, LFN 2004

Issued by the
**THE DEBT MANAGEMENT OFFICE**
on behalf of the
**FEDERAL GOVERNMENT OF NIGERIA**

**Value: $15,900,000.00**

Place of Issue: ABUJA
Date of Issue: September 27, 2021
Maturity Date: October 15, 2025

The Government of the Federal Republic of Nigeria by this Promissory Note, which is governed by the Laws of the Federal Republic of Nigeria, hereby unconditionally and irrevocably promises to pay to the order of: **DR. TED ISEGHOHI EDWARDS,**

the sum of: **FIFTEEN MILLION, NINE HUNDRED THOUSAND DOLLARS ONLY** on the 15th day of October 2025 ("Maturity Date").

This Promissory Note is backed by the full faith and credit of the Federal Government of Nigeria and charged upon the general assets of Nigeria. The Promissory Note also qualifies as an Instrument for Tax Exemption in line with the Tax Waivers approved for Bonds and Short Term Federal Government of Nigeria Securities. This Promissory Note qualifies as a Liquid Asset for liquidity ratio calculation for banks.

This Promissory Note is negotiable and transferable, subject to the submission of this original Note to the Central Bank of Nigeria. Holders are also required to submit this original Promissory Note to the Central Bank of Nigeria for dematerialization. In any case, this Promissory Note must be submitted to the Central Bank of Nigeria for payment at least two (2) working days before the Maturity Date.

For and on behalf of the Government
of the Federal Republic of Nigeria

_____
Honourable Minister of Finance

Witnessed by: _____

Director-General
Debt Management Office