**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **MICHIGAN PROMISSORY NOTES RECOVERY LTD.** *a Michigan corporation,*<br><br>  *Plaintiff,*<br><br>  *- vs.-*<br><br>**FEDERAL GOVERNMENT OF NIGERIA,**<br><br>  *Defendant.* | CIVIL ACTION NO.<br>2:25-cv-13492-JJCG-CI<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT** |

Ronald D. Coleman, of full age, certifies and says pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel for Plaintiff Michigan Promissory Notes Recovery Ltd. in the above-captioned matter and am fully familiar with the facts set forth herein.

2. I submit this Certification in support of Plaintiff's Opposition to Defendant's Motion to Set Aside Default Judgment and for the purpose of authenticating the documents annexed hereto as Exhibits A through H, which are true and correct copies of records maintained by my office in the regular course of representing Plaintiff in this matter.

3. Exhibit A is a true and correct copy of the Complaint Cover Page, file-stamped November 3, 2025, in Case No. 2:25-cv-13492-JJCG-CI.

4. Exhibit B is a true and correct copy of the Proof of Service demonstrating that on November 7, 2025, the Office of the Attorney General of the Federation (HAGF Registry) received and stamped the summons and complaint.

5. Exhibit C consists of a true and correct copy of the October 16, 2025 demand letter sent to the Director-General of Nigeria's Debt Management Office (DMO), together with the three promissory notes issued by the Federal Government of Nigeria, which were enclosed with the demand.

6. Exhibit D is a true and correct copy of my November 17, 2025 letter to Nigeria's Minister of Foreign Affairs, placing additional high-level government officials on notice and urging resolution.

7. Exhibit E is a true and correct copy of my December 9, 2025 correspondence to the DMO, clarifying Plaintiff's secondary-market acquisition of the Notes and enclosing the November 23, 2025 court order vacating the Nigerian interim order previously referenced by the DMO.

8. Exhibit F is a true and correct copy of the January 5, 2026 email from counsel for the Federal Government of Nigeria (Foley Hoag LLP), proposing a briefing schedule extending through April 30, 2026.

9. Exhibit G is a true and correct copy of the January 6–7, 2026 email exchange between counsel, including my response declining the proposed delay and offering an expedited schedule.

10. Exhibit H is a true and correct copy of the January 20, 2026 letter from the Debt Management Office acknowledging receipt of my December 9 letter, indicating

2

referral to the Hon. Attorney General of the Federation and Minister of Justice, and directing future liaison with the HAGF.

11. Each of the documents attached hereto as Exhibits A–H was either (a) created or sent by me or my office, (b) received by me or my office in the ordinary course of representation, or (c) obtained from Plaintiff's records or communications with the Federal Government of Nigeria or its agents.

12. To the best of my knowledge and belief, each exhibit is a true and correct copy of the document it purports to be.

I declare under penalty of perjury that the foregoing is true and correct.

_____
RONALD D. COLEMAN

Dated: February 3, 2026

*Annexed hereto and incorporated by reference: Exhibits A–H (Combined).*

3

# EXHIBIT A

Stamped Complaint Cover

Page Filed Nov. 3, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHIGAN PROMISSORY NOTES RECOVERY LTD. a Michigan corporation,<br><br>Plaintiff,<br><br>- VS. -<br><br>FEDERAL GOVERNMENT OF NIGERIA,<br><br>Defendant. | CIVIL ACTION NO.<br>25-13492<br><br>FED. MIN. OF JUSTICE<br>RECEIVED<br><br>07 NOV 2025<br><br>HAGF REGISTRY<br>Honorable Attorney-General of the<br>Federation & Minister of Justice |

Plaintiff Michigan Promissory Notes Recovery Limited, through its undersigned counsel, complaining of the Defendant, alleges and says:

## PARTIES

1. Plaintiff Michigan Promissory Notes Recovery Ltd. is a corporation formed under the laws of Michigan with a principal place of business in New Jersey.

2. Defendant Federal Government of Nigeria is a foreign sovereign nation with its principal place of government in Abuja, Nigeria.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action because it is a nonjury civil action against a foreign state where the foreign state is not entitled to immunity. The Federal Government of Nigeria is not entitled to immunity under the commercial activity exception as this action is based upon commercial activity that has caused a direct effect in the United States of America.

1

# EXHIBIT B

Proof of Service

HAGF Registry stamp Nov. 7, 2025

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

**MICHIGAN PROMISSORY NOTES
RECOVERY LTD.** a Michigan corporation

*Plaintiff,*

-VS-

Case: 2:25-cv-13492

**FEDERAL GOVERNMENT OF NIGERIA**

*Defendant*

## PROOF OF SERVICE

Name of Receipt:

Title

Signature

Date

> **FED. MIN. OF JUSTICE**
> **RECEIVED**
> 07 NOV 2025
> **HAGF REGISTRY**
> Honourable Attorney-General of the
> Federation & Minister of Justice

### AFFIDAVIT OF SERVICE

I, Barr. Oliver O. Eya an Attorney in the law firm of Ikechukwu Ezechukwu SAN & Co. of No. 2 Tanga Street, Wuse Zone 5, Abuja, Nigeria hereby declare that on the 7th of November, 2025, I personally served a copy of the Civil Suit on the office of the Honourable Attorney General and Minister of Justice of the Federal Republic of Nigeria located at the Central Business District, Abuja, Nigeria for and on behalf of the Federal Republic of Nigeria.

Name Barr. Oliver O. Eya

Title Senior Counsel

Signature and Seal _____

Date 07/11/2025

# EXHIBIT C

Demand to DMO with Enclosed Promissory Notes

Dated Oct. 16, 2025

# Coleman Law Firm, p.c.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
50 PARK PLACE | NEWARK NJ 07102

Admitted in New York and New Jersey

October 16, 2025

**VIA NIGERIA COUNSEL AND EMAIL**

The Hon. Patience Oniha Director-General
Debt Management Office
NDIC Building (1st Floor)
Plot 447/448 Constitution Avenue Central
Business District
P.M.B. 532, Garki
Abuja, Nigeria

**Re:   DEMAND FOR PAYMENT OF PROMISSORY NOTEs WITH REF NOS.
FGN/PN/JD/C.A/FX/2021/05B DUE ON OCTOBER 15,2023
FGN/PN/JD/C.A/FX/2021/05C DUE ON OCTOBER 15,2024
FGN/PN/JD/C.A/FX/2021/05D DUE ON OCTOBER 15,2025
<u>EACH ISSUED TO DR. TED ISEGHOHI EDWARDS FOR $15,900,000.00</u>**

Dear Hon. Director-General Oniha:

We write to you on behalf of our client, Nigeria Promissory Recovery LLC, which has acquired the above-referenced Promissory Notes (the "Notes") and, along with its wholly owned subsidiaries in various states, is their beneficial owner and holder.

The Notes  that matured respectively on October 15th, 2023 and October 15,, 2024 are past due for redemption and payment. The third note referenced above ('05C) matured on October 15, 2025.

We are informed that, notwithstanding the clear terms on the face of the respective Notes ("Irrevocable, Negotiable, Transferable and backed by the full Faith and Credit of the Assets of the Federal Government of Nigeria and charged upon the general assets of Nigeria"), no attempt has been made by the Federal Government of Nigeria to make good on them.  A copy of the Notes are enclosed herewith for your reference and in the interest of verifying and authenticating our representation.

Per our client's instructions, we hereby demand payment within seven (7) days of your

The Hon. Patience Oniha                                                    October 16, 2025
Federal Republic of Nigeria


receipt of this letter of demand.  Failing the same, we have been authorized to take all necessary and available legal steps against the Federal Government of Nigeria to recover our client's funds through litigation in the U.S. courts, as well as seeking intervention of the United States Government across the full scope of available sanctions and policies at its disposal.

Please be properly guided as, failing the same, there may be very severe and dire consequences against the Nigerian Government and specific individuals in this matter without further warning.

Very truly yours,

Ronald D. Coleman

Enc.

# FEDERAL GOVERNMENT OF NIGERIA
# PROMISSORY NOTE

REFERENCE: FGN/PN/JD/C.A/FX/2021/05D



Pursuant to the Debt Management Office (Establishment) Act 2003 and the Local Loans
(Registered Stock and Securities) Act, CAP. L17, LFN 2004

Issued by the
## THE DEBT MANAGEMENT OFFICE
on behalf of the
## FEDERAL GOVERNMENT OF NIGERIA

**Value: $15,900,000.00**

Place of Issue:   ABUJA

Date of Issue:   September 27, 2021

Maturity Date:   October 15, 2025

The Government of the Federal Republic of Nigeria by this Promissory Note, which is governed by the Laws of the Federal Republic of Nigeria, hereby unconditionally and irrevocably promises to pay to the order of: DR. TED ISEGHOHI EDWARDS,

the sum of: FIFTEEN MILLION, NINE HUNDRED THOUSAND DOLLARS ONLY on the 15th day of October 2025 ("Maturity Date").

This Promissory Note is backed by the full faith and credit of the Federal Government of Nigeria and charged upon the general assets of Nigeria. The Promissory Note also qualifies as an Instrument for Tax Exemption in line with the Tax Waivers approved for Bonds and Short Term Federal Government of Nigeria Securities. This Promissory Note qualifies as a Liquid Asset for liquidity ratio calculation for banks.

This Promissory Note is negotiable and transferable, subject to the submission of this original Note to the Central Bank of Nigeria. Holders are also required to submit this original Promissory Note to the Central Bank of Nigeria for dematerialization. In any case, this Promissory Note must be submitted to the Central Bank of Nigeria for payment at least two (2) working days before the Maturity Date.

For and on behalf of the Government
of the Federal Republic of Nigeria

Honourable Minister of Finance

Witnessed by:

Director-General
Debt Management Office

# FEDERAL GOVERNMENT OF NIGERIA
## PROMISSORY NOTE



REFERENCE: <u>FGN/PN/JD/C.A/FX/2021/05C</u>

Pursuant to the Debt Management Office (Establishment) Act 2003 and the Local Loans
(Registered Stock and Securities) Act, CAP. L17, LFN 2004

Issued by the
**THE DEBT MANAGEMENT OFFICE**
on behalf of the
**FEDERAL GOVERNMENT OF NIGERIA**

Value: <u>**$15,900,000.00**</u>

| | |
|---|---|
| Place of Issue: | <u>ABUJA</u> |
| Date of Issue: | <u>September 27, 2021</u> |
| Maturity Date: | <u>October 15, 2024</u> |

The Government of the Federal Republic of Nigeria by this Promissory Note, which is governed by the Laws of the Federal Republic of Nigeria, hereby unconditionally and irrevocably promises to pay to the order of: <u>DR. TED ISEGHOHI EDWARDS,</u>

the sum of: <u>FIFTEEN MILLION, NINE HUNDRED THOUSAND DOLLARS ONLY</u> on the 15th day of October 2024 ("Maturity Date").

This Promissory Note is backed by the full faith and credit of the Federal Government of Nigeria and charged upon the general assets of Nigeria. The Promissory Note also qualifies as an Instrument for Tax Exemption in line with the Tax Waivers approved for Bonds and Short Term Federal Government of Nigeria Securities. This Promissory Note qualifies as a Liquid Asset for liquidity ratio calculation for banks.

This Promissory Note is negotiable and transferable, subject to the submission of this original Note to the Central Bank of Nigeria. Holders are also required to submit this original Promissory Note to the Central Bank of Nigeria for dematerialization. In any case, this Promissory Note must be submitted to the Central Bank of Nigeria for payment at least two (2) working days before the Maturity Date.

For and on behalf of the Government
of the Federal Republic of Nigeria

_____
Honourable Minister of Finance

Witnessed by:

_____
**Director-General**
**Debt Management Office**

# FEDERAL GOVERNMENT OF NIGERIA
# PROMISSORY NOTE

REFERENCE: FGN/PN/JD/C.A/FX/2021/05B



Pursuant to the Debt Management Office (Establishment) Act 2003 and the Local Loans
(Registered Stock and Securities) Act, CAP. L17, LFN 2004

Issued by the
## THE DEBT MANAGEMENT OFFICE
on behalf of the
## FEDERAL GOVERNMENT OF NIGERIA

**Value: $15,900,000.00**

Place of Issue:     ABUJA

Date of Issue:     September 27, 2021

Maturity Date:    October 15, 2023

The Government of the Federal Republic of Nigeria by this Promissory Note, which is governed by the Laws of the Federal Republic of Nigeria, hereby unconditionally and irrevocably promises to pay to the order of: DR. TED ISEGHOHI EDWARDS,

the sum of: FIFTEEN MILLION, NINE HUNDRED THOUSAND DOLLARS ONLY on the 15th day of October 2023 ("Maturity Date").

This Promissory Note is backed by the full faith and credit of the Federal Government of Nigeria and charged upon the general assets of Nigeria. The Promissory Note also qualifies as an Instrument for Tax Exemption in line with the Tax Waivers approved for Bonds and Short Term Federal Government of Nigeria Securities. This Promissory Note qualifies as a Liquid Asset for liquidity ratio calculation for banks.

This Promissory Note is negotiable and transferable, subject to the submission of this original Note to the Central Bank of Nigeria. Holders are also required to submit this original Promissory Note to the Central Bank of Nigeria for dematerialization. In any case, this Promissory Note must be submitted to the Central Bank of Nigeria for payment at least two (2) working days before the Maturity Date.

For and on behalf of the Government
of the Federal Republic of Nigeria

_____
Honourable Minister of Finance

Witnessed by:     _____

Director-General
Debt Management Office

# EXHIBIT D

Letter from Debt Management Office

Dated Nov. 6, 2025



# DEBT MANAGEMENT OFFICE
## NIGERIA

**The Presidency**

NDIC Building (First Floor), Plot 447/448 Constitution Avenue, Central Business District, P.M.B. 532, Garki, Abuja.
Tel: +234 - 811000881-3
Website: http://www.dmo.gov.ng, Email: enquiries@dmo.gov.ng

DMO/DG/166/212

6th November, 2025

The Coleman Law Firm, P. C.
Ronald D. Coleman,
973 264 9611,
RColeman@Coleman P. C.com,
50 Park Place,
New Ark/New Jersey NJ07102.

### RE: DEMAND FOR PAYMENT OF PROMISSORY NOTES WITH REF. NOS:
### FGN/PN/JD/C.A/FX/2021/05B DUE ON OCTOBER 15, 2023,
### FGN/PN/JD/C.A/FX/2021/05C DUE ON OCTOBER 15, 2024,
### FGN/PN/JD/C.A/FX/2021/05D DUE ON OCTOBER 15, 2025

### EACH ISSUED TO DR. TED ISEGHOHI EDWARDS FOR $15,900,000.00

I am directed to refer to your letter dated 16th October, 2025 on the above subject wherein you notified the Debt Management Office (DMO) of the purchase of the above referenced Promissory Notes (PNotes) and your demand for payment within seven (7) days of receipt of your letter as well as your intention to pursue available legal steps against the Federal Government of Nigeria to recover your client's funds.

2.      You are to note that the Federal Government of Nigeria instituted legal proceedings against Dr. Ted Iseghohi Edwards in Suit No. FHC/ABJ/CS/896/2023 before the Federal High Court, Abuja Division. In the course of the proceedings, the trial Judge Hon. Justice I. E. Ekwo issued an Order of Interim Injunction restraining the defendants in the suit (Including Dr. Ted Iseghohi Edwards), officers, staff, assigns etc. from discounting, selling, transferring, redeeming etc. the PNotes that are the subject matter of the litigation (Including the above referenced PNotes).

3.      In light of the subsisting Order, and with no information indicating that the injunction has been vacated, the DMO is unable to act on your request at this time. Accordingly, your submission will be referred to the Hon. Attorney General of the Federation and Minister of



**DEBT MANAGEMENT OFFICE**
NIGERIA

Justice who is the principal party in the ongoing proceedings for his attention and further guidance.

4. Please accept the assurances of the Director General's regards.

P. Ogbu
*Director, Legal Services*
For: Director General

# EXHIBIT E

Letter to DMO with Vacatur Order

Dated Dec. 9, 2025 (vacatur Nov. 23, 2025)

# Coleman Law Firm, p.c.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
50 PARK PLACE | NEWARK NJ 07102

Admitted in New York and New Jersey

December 9, 2025

**BY NIGERIA COUNSEL AND EMAIL**

The Hon. Patience Oniha
Director-General of the Debt Management Office
NDIC Building (1st Floor)
Plot 447/448
Constitution Avenue
Central Business District
P.M.B. 532, Garki
Abuja, Nigeria

**Re:    DEMAND FOR PAYMENT OF PROMISSORY NOTES WITH REF NO. FGN/PN/JD/C.A/FX/2021/05B DUE ON OCTOBER 15,2023 ISSUED TO DR. TED ISEGHOHI EDWARDS FOR $15,900,000.00**

Dear Director-General Oniha:

My office is in receipt of a letter dated November 6th, 2025 emanating from one Barrister Paul Ogbu whom we presume is the Director Legal in your office apparently in response to our letter of demand for payment.

As a matter of courtesy and in order to keep the facts straight, we wish to bring to your attention the following:

1. Our clients did not receive or purchase the Promissory Notes from Dr. Ted Iseghohi-Edwards but from the secondary market.

2. It is our understanding, and your records should show – as per a letter we obtained that was sent to your office from Dr. Iseghohi-Edwards dated October 6th, 2022 – that he informed you that he had traded all of his Promissory Notes to a third party in the United States of America.

3. The court order referenced in your reply was dated July 20th, 2023, almost a full year after Dr. Iseghohi-Edwards informed your office that he had traded his promissory Notes.

The Hon. Patience Oniha                                    December 9, 2025
Director-General of the Debt Management Office
Federal Republic of Nigeria

Consequently, even if that order were valid or remained valid – which we are informed does not appear to be likely – it could not have applied either to Dr. Iseghohi-Edwards, and certainly would not have applied to our clients, who were bona fide purchasers for value.

4. The order referred to in your letter, moreover, had a life span of 14 days by its own terms; it had long expired but would have had no effect on the sales that occurred prior.

5.  Finally, this order was formally vacated by the same court, Justice M. G. Umar presiding, on November 23, 2025. A copy of this order of vacatur is attached.

For all these reasons, we hereby reiterate our demand for payment for the promissory notes referred to in our letter of demand and note that we have commenced legal action against the Federal Government of Nigeria for defaulting on its promise to pay on these promissory Notes upon maturity. A copy of the complaint is attached for your records and for possible further action with the relevant authorities.

Respectfully,

Ronald D. Coleman

# EXHIBIT F

Email from Foley Hoag Proposing Schedule

Dated Jan. 5, 2026

| From: | Loewenstein, Andrew |
|---|---|
| To: | Ronald D. Coleman |
| Cc: | Pasipanodya, Tafadzwa; Suleman, Arsalan |
| Subject: | Michigan Promissory Notes Recovery Ltd. v. Federal Government of Nigeria, 2:25-cv-13492-JJCG-CI (E.D. Mich.) |
| Date: | Monday, January 5, 2026 5:39:53 PM |

Dear Mr. Coleman,

We write in connection with the above-captioned matter in which we have just been engaged by the Federal Government of Nigeria.

We would like to discuss with you the possibility of agreeing upon a briefing schedule for Nigeria's forthcoming motion to dismiss.  In light of a multi-week hearing that will occupy much of January and the need to coordinate with the Federal Government of Nigeria, we suggest the following schedule:

| | |
|---|---|
| Motion to Dismiss: | March 6, 2026 |
| Opposition to Motion to Dismiss: | April 10, 2026 |
| Reply in Support of Motion to Dismiss: | April 30, 2026 |

If you agree, the proposed briefing schedule can be submitted to the Court for its consideration in a joint motion.

Please let us know your views.  We would be happy to have a call to discuss.

Best wishes for the New Year.

Sincerely,
Andrew Loewenstein

**Andrew Loewenstein** | Partner

FOLEY

HOAG LLP

**FOLEY HOAG LLP**
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

phone 617.832.3015

www.foleyhoag.com

# EXHIBIT G

Email Chain—Plaintiff Declines Delay

Jan. 6–7, 2026

| | |
|---|---|
| **From:** | Ronald D. Coleman |
| **To:** | Loewenstein, Andrew |
| **Cc:** | Pasipanodya, Tafadzwa; Suleman, Arsalan |
| **Subject:** | Re: Michigan Promissory Notes Recovery Ltd. v. Federal Government of Nigeria, 2:25-cv-13492-JJCG-CI (E.D. Mich.) |
| **Date:** | Wednesday, January 7, 2026 9:09:10 AM |
| **Attachments:** | Outlook-1qnilwa0.png |

Good day, Andrew. Apologies for getting back to you this morning due to our hectic January calendar.

We have reviewed your proposed briefing schedule but unfortunately will not accede to that because we are aware you are handling a similar matter before the United States District Court in the DC Circuit case No. 1:23-cv01129-CKK, Edwards et al v. Federal Republic of Nigeria et al, in which you filed a similar motion to dismiss.

You and your colleagues are very familiar with the facts and issues, We see no need for the proposed protracted five-month delay in responding to our complaint. The Federal Government of Nigeria was served 63 days ago and has had more than enough time to brief counsel with an existing relationship in a similar matter.

We may be willing to consider a briefing schedule where you file your motion by 1/15/2026; our opposition by 1/29/2026 and your reply by 2/5/2026 but in the alternative, kindly file your papers promptly as we consider our options going forward.

**Ronald D. Coleman**
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
*Admitted to practice in New Jersey and New York*

 Book time to meet with me

---

**From:** Loewenstein, Andrew <ALoewens@foleyhoag.com>
**Sent:** Tuesday, January 6, 2026 3:47 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Pasipanodya, Tafadzwa <TPasipanodya@foleyhoag.com>; Suleman, Arsalan <ASuleman@foleyhoag.com>
**Subject:** RE: Michigan Promissory Notes Recovery Ltd. v. Federal Government of Nigeria, 2:25-cv-13492-JJCG-CI (E.D. Mich.)

Dear Mr. Coleman,

We are writing to follow up on our email yesterday regarding a proposed briefing schedule in the above-captioned matter.

We would be grateful for your views on the proposal set out therein.

As indicated, we would be happy to schedule a call to discuss.

Sincerely,
Andrew Loewenstein

**Andrew Loewenstein** | Partner

# FOLEY

# HOAG LLP

**FOLEY HOAG LLP**
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

phone 617.832.3015

www.foleyhoag.com

---

**From:** Loewenstein, Andrew
**Sent:** Monday, January 5, 2026 5:40 PM
**To:** rcoleman@colemanlaw-pc.com
**Cc:** Pasipanodya, Tafadzwa <TPasipanodya@foleyhoag.com>; Suleman, Arsalan <ASuleman@foleyhoag.com>
**Subject:** Michigan Promissory Notes Recovery Ltd. v. Federal Government of Nigeria, 2:25-cv-13492-JJCG-CI (E.D. Mich.)

Dear Mr. Coleman,

We write in connection with the above-captioned matter in which we have just been engaged by the Federal Government of Nigeria.

We would like to discuss with you the possibility of agreeing upon a briefing schedule for Nigeria's forthcoming motion to dismiss.  In light of a multi-week hearing that will occupy much of January and the need to coordinate with the Federal Government of Nigeria, we suggest the following schedule:

| | |
|---|---|
| Motion to Dismiss: | March 6, 2026 |
| Opposition to Motion to Dismiss: | April 10, 2026 |
| Reply in Support of Motion to Dismiss: | April 30, 2026 |

If you agree, the proposed briefing schedule can be submitted to the Court for its consideration in a joint motion.

Please let us know your views.  We would be happy to have a call to discuss.

Best wishes for the New Year.

Sincerely,
Andrew Loewenstein

**Andrew Loewenstein** | Partner

# FOLEY
# HOAG LLP

**FOLEY HOAG LLP**
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

phone 617.832.3015

www.foleyhoag.com

# EXHIBIT H

DMO Acknowledgment Letter (liaise with HAGF)

Dated Jan. 20, 2026



# DEBT MANAGEMENT OFFICE
## NIGERIA

### The Presidency

NDIC Building (First Floor), Plot 447/448 Constitution Avenue, Central Business District, P.M.B. 532, Garki, Abuja.
Tel: +234 - 811000881-3
Website: http://www.dmo.gov.ng, Email: enquiries@dmo.gov.ng

DMO/DG/166/254                                                   20th January, 2026

The Coleman Law Firm, P. C.
Ronald D. Coleman,
973 264 9611,
RColeman@Coleman P. C.com,
50 Park Place,
New Ark/New Jersey NJ07102.

### RE: DEMAND FOR PAYMENT OF PROMISSORY NOTES WITH REF. NOS: FGN/PN/JD/C.A/FX/2021/05B DUE ON OCTOBER 15, 2023 TO DR. TED ISEGHOHI EDWARDS FOR $15,900,000.00

The Debt Management Office (DMO) is in receipt of your letter dated 9th December, 2025 on the above subject wherein you notified the DMO of the purchase of the above referenced Promissory Note (PNote) and your demand for payment, as well as your notification of the vacation of the Order in Suit No. FHC/ABJ/CA/896/2023 Federal Government of Nigeria and 3 Ors Vs FSDH Merchant Bank Limited (For the Account of Ned Nwoko) and 7 Ors.

2.     Please be informed that your request has been forwarded to the Hon. Attorney General of the Federation and Minister of Justice (HAGF) who is handling all litigations on this subject for the Federal Government of Nigeria. Consequently, you are advised to liaise with the HAGF on this request.

3.     Please accept the assurances of the Director's General's regards.

P. Ogbu
*Director, Legal Services*
For: Director General